IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV251-01-MU

KENNETH PATTON,            )
                           )
     Plaintiff,            )
                           )
     v.                    )
                           )     **O R D E R**
THOMAS LANCASTER, et al.,  )
                           )
     Defendants.           )
_____)

**THIS MATTER** comes before the Court upon its own motion.

Upon reviewing the filings in the above-referenced case, this Court has concluded that copies of Plaintiff's medical records would be useful before issuing a ruling in this case. Consequently, this Court orders that the superintendent of Mountain View Correctional Institution shall produce all of Plaintiff's medical records from April 4, 2003 until August 15, 2004, including but not limited to: sick call requests, prescription records, prescription appointments, and doctor or nurse notations. In addition, the superintendent is ordered to produce any prescription written by Dr. Charles Stewart for Plaintiff. Finally, the superintendent is ordered to produce all hospital records related to Plaintiff's operation on or about July 30, 2004.

**THE COURT HEREBY ORDERS** that:

1. The Clerk send a copy of this Order to the superintendent of Mountain View Correctional Institution; and

2. The Superintendent of Mountain View Correctional Institution shall produce to the Court

within twenty (20) days of the filing of this Order a copy of all of Plaintiff's medical records required by this Order.

Signed: December 20, 2006

Graham C. Mullen
United States District Judge