IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE  DIVISION
1:05CV251-MU-1


| | | |
|---|---|---|
| KENNETH PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS LANCASTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for a Jury Trial (Doc. No. 19), filed July 21, 2006.

On July 5, 2005, Plaintiff filed a civil Complaint pursuant to 42 U.S.C. § 1983. On December 1, 2005, Plaintiff filed a motion requesting a jury trial. If a jury trial is required for a resolution of this case, this Court will, at that time, set this case for trial. At this time, however, Plaintiff's request is premature and is denied.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for a Jury Trial is **DENIED without prejudice**.

Signed: March 4, 2008

Graham C. Mullen
United States District Judge