# United States District Court
# For The Western District of North Carolina
# Asheville Division

KENNETH PATTON,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                1:05cv251-1-MU

THOMAS LANCASTER, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2008 Order.

                                                         FRANK G. JOHNS, CLERK

May 6, 2008

                                         BY:     s/Elizabeth J. Barton
                                                         Elizabeth J. Barton, Deputy Clerk